Fill in this information to identify your case:

United States Bankruptcy Court for the:

Central District of California   Los Angeles Division

Case number (*If known*): _____

Chapter you are filing under:
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Credit Suisse Alternative Capital Inc., a Montana corporation |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Credit Suisse Alternative Capital Inc. |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-2352487 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | 6501 Ocean Front Walk |
| Number     Street | Number     Street |
| | P.O. Box |
| City          State     ZIP Code | Playa Del Rey          CA    90293 |
| | City          State     ZIP Code |
| | Location of principal assets, if different from principal place of business |
| County | Number     Street |
| | City          State     ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding  LLP)
- [ ] Other. Specify: _____

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

1531

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                          MM / DD / YYYY

Case number, if known _____

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number        Street

_____

_____
City                                State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number (if known) _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/06/2021
             MM  / DD / YYYY

✖ _C. M. Mazzarino_          ___Edward M. Mazzarino___
  Signature of authorized representative of debtor          Printed name

Title President

Type text here

**18. Signature of attorney**

✖ /s/ William H. Brownstein          Date  04/06/2021
  Signature of attorney for debtor                MM  / DD / YYYY

William H. Brownstein
Printed name

William H. Brownstein & Associates, P.C.
Firm name

11740 Wilshire Boulevard Suite A2301
Number        Street

Los Angeles                    CA        90025
City                           State     ZIP Code

3104580048                     brownsteinlaw.bill@gmail.com
Contact phone                  Email address

84507                          CA
Bar number                     State

---



# STATE OF MONTANA

ARTICLES of INCORPORATION for DOMESTIC PROFIT
CORPORATION 35-1-216, MCA

| | |
|---|---|
| **MAIL:** | LINDA McCULLOCH<br>Secretary of State<br>P.O. Box 202801<br>Helena, MT 59620-2801 |
| **PHONE:** | (406) 444-3665 |
| **FAX:** | (406) 444-3976 |
| **WEB SITE:** | sos.mt.gov |

Prepare, sign, and submit with an original signature and filing fee.
This is the minimum information required.

(This space for Secretary of State use only)

**Required Filing Fee:  $70.00**
☐ 24 Hour Priority Handling check box and **Add** $20.00
☐ 1 Hour Expedite Handling check box and **Add** $100.00

**Make checks payable to Secretary of State.**
**If the document is hand written, please print legibly or the application may be denied.**

1.  **Select ONE corporate type and complete as requested.**  Please note:  The business name must contain the word "corporation," "incorporated," "company," or "limited," or an abbreviation (35-1-308, MCA).  If a professional corporation, the business name must contain the words "professional corporation" or an abbreviation (35-4-206, MCA).

    ☑ General for Profit Corporation
    ☐ Benefit for Profit Corporation
    ☐ Professional Corporation
    ☐ Close Corporation which will operate ☐ with directors or ☐ without directors
    ☐ Professional Close Corporation which will operate ☐ with directors or ☐ without directors

    The Corporate name is: CREDIT SUISSE ALTERNATIVE CAPITAL, INC.

2.  **Check and complete if applicable:** ☐ This corporation is a benefit corporation that provides the following specific public benefits: _____
    _____
    _____

3.  The name of the entity's Commercial Registered Agent for service of process in Montana:
    **(A list of Commercial Registered Agents is available at: http://sos.mt.gov/Business/Agents/index.asp.)**

    Name: ALL DAY $49 MONTANA REGISTERED AGENCY, LLC

**Or,** the name and address of the entity's Noncommercial Registered Agent for service of process in Montana:

    Name: _____

    Actual Street Address or Rural Route Box Number in Montana: **(Must be an actual geographic location.)**
    _____

    City: _____ Zip Code: _____

**And,** a mailing address in Montana, if different:

    _____

    City: _____ Zip Code: _____
    **Appointment of a Registered Agent is affirmation of the Registered Agent's consent to serve as Registered Agent.**

Main Document    Page 6 of 61

4. The number of shares of Capital Stock which the Corporation has the authority to issue is (cannot be left blank or "zero"):
   10.000_____. Such Capital Stock shall have no par value.

5. The name and business mailing address of each incorporator is as follows (add additional sheets as necessary):

   Name: E.M. MAZZARINO

   Business Mailing Address: 10008 GOVERNMENT POINT WAY #103

   City: LAS VEGAS                State: NV                Zip Code: 89183

6. **I, HEREBY SWEAR AND/OR AFFIRM,** under penalty of law, including criminal prosecution, that the facts contained in this
   document are true.

   _____          2-1-2016
   Signature of Incorporator                                 Date

7. Daytime Contact: Phone 213-910-4849          Email edmazzarino@gmail.com

Page 6

# SECRETARY OF STATE
## Linda McCulloch -- State of Montana



Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

$81$-$2352487$

CREDIT SUISSE ALTERNATIVE CAPITAL, INC.
PO BOX 861894
LOS ANGELES CA 90086-1894

## CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

### CREDIT SUISSE ALTERNATIVE CAPITAL, INC.

filed its ARTICLES OF INCORPORATION in this office and has fulfilled the applicable
requirements set forth in law. By virtue of the authority vested in the office, I hereby issue this
certificate evidencing filing effective on the date shown below. I wish you the best of luck with
all your future endeavors as part of the Montana business community.

**Certified File Number:** D271820 - 1723222
**Dated:** February 9, 2016
**Effective Date:** February 02, 2016

The first Annual Report must be delivered to the Secretary of State between January 1 and April
15 of the year **following** the calendar year in which a Domestic or Foreign Corporation or
Limited Liability Company was incorporated or authorized to transact business. Subsequent
Annual Reports must be delivered to the Secretary of State between January 1 and April 15 each
year thereafter.

Linda McCulloch
Secretary of State





**SPECIAL MEETING OF THE BOARD OF DIRECTORS OF**
**CREDIT SUISSE ALTERNATIVE CAPITAL, INC., a Montana corporation**

A special meeting of the Board of Directors of Credit Suisse Alternative Capital, Inc., a Montana corporation (the "Corporation"), notice having been waived, took place on April 5, 2021 at 10:30 a.m. at 6501 Ocean Front Walk, Playa Del Rey, California 90293.

Present was Edward M. Mazzarino and William H. Brownstein, Esq. Via Phone.

At the meeting the following occurred:

WHEREAS, the Corporation owns the real property commonly known of as 3335 Santa Anita Avenue, El Monte, California (the "Property"); and

WHEREAS, a pending foreclosure sale of the Property is scheduled to take place; and

WHEREAS, the Corporation has considered seeking the protection afforded under title 11 of the Bankruptcy Code, and

WHEREAS, in order to represent the Corporation it has contacted counsel for the purpose of representing it,

IT IS HEREBY

RESOLVED, that the Corporation my retain William H. Brownstein & Associates, Professional Corporation, as its counsel to provide bankruptcy and insolvency planning and to compensate them for their services; and it is further

RESOLVED, that the Corporation is authorized to seek the protection afforded under Chapter 11 of the Bankruptcy Code and to pay a retainer in an amount agreed with counsel and such fees, and it is further

RESOLVED, that the Corporation is authorized to pay for bankruptcy planning insolvency services, and it is further

RESOLVED, that Edward M. Mazzarino is and continues to be the president, sole shareholder and officer of the Corporation, which her has been since its inception; and it is further

There being no further business to be conducted, the meeting ended at 11:00 a.m.

*C. M. Mazzarino*
Edward M. Mazzarino, President

ATTEST TO THE FOREGOING:

*C. M. Mazzarino*
Edward M. Mazzarino, Secretary

WITNESS:

/s/ William H. Brownstein
William H. Brownstein, Esq.

Page 2 of  2

**Fill in this information to identify the case:**

Type text here

Debtor name ___ Credit Suisse Alternative Capital Inc., a Montana corporation

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sam Lamonica<br>P.O. Box 861894<br><br>Los Angeles, CA, 90086-1894 | | | | | | 3,000,000.00 |
| 2 | Credit Suisse First Boston LLC<br>1308 E. Colorado Blvd,<br>Suite 300<br>Pasadena, CA, 91106 | | | | | | 17,000.00 |
| 3 | WDC & Associates<br>10566 Wilshire Boulevard<br>Suite 375<br>Los Angeles, CA, 90024 | | Services performed for prior owner | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 4 | DLA Piper, LLP<br>P.O. Box 75190<br>Baltimore, MD, 21275 | | Services for prior owner | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 5 | Daniel M. Shapiro, Attorney at Law<br>1366 East Palm Street<br>Altadena, CA, 91001 | | Attorney fees for prior owner | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 6 | Camino Real Mortgage Bankers<br>15301 Ventura Boulevard<br>Suite 400<br>Sherman Oaks, CA, 91403 | Ruben Romaro | Services performed for prior owner | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 7 | Capital Airspace Group<br>5400 Shanee Road<br>Suite 304<br>Alexandria, VA, 22312 | | Services performed for prior owner | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 8 | E4 Utility Design<br>324 Avenida De La Estrada<br>Suite B<br>San Clemente, CA, 92872 | | Services performed for prior owner | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | | Case number (*if known*) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Fuscoe Engineering, Inc.<br>600 Wilshire Boulevard<br>Suite 1470<br>Los Angeles, CA, 90017 | | Services for prior owner | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 10 | SVA Architects<br>5 Hutton Circle Drive<br>Suite 1150<br>Santa Ana, CA, 92707 | | Services for prior owner of property | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 11 | Architects Orange AAO<br>144 N. Orange Street<br>Orange, CA, 92866 | Daniel Harrison, Esq. | Services for prior owner | Disputed<br>Unliquidated<br>Contingent | | | 0.00 |
| 12 | City of El Monte<br>Attn: City Attorney<br>11333 Valley Blvd.<br>El Monte, CA, 91731-3293 | | | Unliquidated | | | 0.00 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

**Fill in this information to identify the case:**

Debtor name ___Credit Suisse Alternative Capital Inc., a Montana corporation___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): _____

☐ Check if this is an amended filing

Still in the process of determining. Will amend if necessary.

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand**                                                                                     $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____        $_____
4.2. _____        $_____

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                $_____

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____        $_____
7.2. _____        $_____

Debtor    Credit Suisse Alternative Capital Inc., a M_____    Case number *(if known)*_____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____
   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ........➔    $_____
                                 face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ – _____ = ........➔    $_____
                                 face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____
    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                       % of ownership:

    15.1._____    _____%    _____    $_____
    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____
    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor      Credit Suisse Alternative Capital Inc., a Montana corporation
_____      Case number *(if known)*_____
          Name

---

<table>
<tr><td>**Part 5:**</td><td>**Inventory, excluding agriculture assets**</td></tr>
</table>

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ____ / ___ / _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ____ / ___ / _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ____ / ___ / _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ____ / ___ / _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                        $_____

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

<table>
<tr><td>**Part 6:**</td><td>**Farming and fishing-related assets (other than titled motor vehicles and land)**</td></tr>
</table>

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor    Credit Suisse Alternative Capital Inc., a M_____    Case number *(if known)*_____
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page 4

Debtor    Credit Suisse Alternative Capital Inc., a M___ corporation          Case number *(if known)*_____
          Name

---

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor _____    Case number (if known)_____
       Credit Suisse Alternative Capital Inc., a Montana corporation
       Name

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Exhibit "1". | Fee Simple | $_____ | Comparable sales | $ 25,000,000.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 25,000,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

---

## EXHIBIT A LEGAL

## DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF EL MONTE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 4, OF TRACT NO. 883, IN THE CITY OF EL MONTE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 18 PAGE 39 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM THAT PORTION OF SAID LOT, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEASTERLY CORNER OF SAID LOT 4; THENCE ALONG THE EASTERLY   LINE OF SAID LOT 4, NORTH 000 13' 10" WEST 150.02 FEET; THENCE SOUTH 89° 31' 20" WEST 253 FEET; THENCE SOUTH 00° 13' 10" EAST TO THE SOUTHERLY LINE OF SAID LOT 4; THENCE SOUTHEASTERLY ALONG SAID SOUTHERLY LINE TO THE POINT OF BEGINNING.

ALSO EXCEPT THEREFROM THE REMAINDER THE EASTERLY 45.00 FEET THEREOF PARCEL 2

THAT PORTION OF LOT 4 OF TRACT NO. 883, IN THE CITY OF EL MONTE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 18 PAGE 39 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEASTERLY CORNER OF SAID LOT; THENCE ALONG THE EAST LINE OF SAID LOT NORTH 0° 13' 10" WEST 150.02 FEET; THENCE SOUTH 89° 31' 20" WEST 193 FEET; THENCE SOUTH 0° 13' 10" EAST TO THE SOUTH LINE OF SAID LOT; THENCE EASTERLY ALONG SAID SOUTH LINE TO THE POINT OF BEGINNING.

EXCEPT THEREFROM THAT PORTION OF SAID LAND CONVEYED TO THE STATE OF CALIFORNIA DESIGNATED AS PARCEL 64967 IN THE FINAL ORDER OF CONDEMNATION ENTERED IN LOS ANGELES SUPERIOR COURT CASE NO. C49865 A CERTIFIED COPY OF WHICH WAS RECORDED ON JULY 9, 1974 AS INSTRUMENT NO. 2611, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 3:

THAT PORTION OF LOT 4, OF TRACE 883, IN THE CITY OF EL MONTE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 18 PAGE 39 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF SAID LOT; THENCE ALONG THE EAST LINE OF SAID LOT, NORTH 00° 13' 10" WEST 150.02 FEET; THENCE SOUTH 89° 31' 20" WEST 193.00 FEET TO THE TRUE POINT OF BEGINNING BEING THE NORTHWEST CORNER OF THE LAND DESCRIBED IN THE DEED RECORDED IN BOOK 22792 PAGE 127, OFFICIAL RECORDS; THENCE CONTINUING SOUTH 89° 31' 20" WEST 60.00 FEET; THENCE SOUTH 00° 13' 10" EAST TO THE SOUTHERLY LINE OF SAID LOT 4; THENCE EASTERLY ALONG THE SOUTHERLY LINE OF SAID LOT TO THE SOUTHWESTERLY CORNER OF THE LAND DESCRIBED   IN   SAIL) DEED; THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID LAND TO THE TRUE POINT OF BEGINNING.

APN: **8S78-019-008**

4

RECORDING REQUESTED BY |

CITIVEST FINANCIAL SERVICES INC. |

WHEN RECORDED MAIL TO |
AND MAIL TAX STATEMENTS TO |

NAME:  CREDIT SUISSE ALTERNATIVE CAP |
ADD:   6501 OCEANT FRONT WALK |
CITY:   PLAYA DEL REY |
ST-ZIP: CA  90293 |

| TS No: 20-05-1006 | TSG: 5030200-8765618 | A.P.N.: 8578-019-008 |

DOCUMENTARY TRANSFER TAX $ __NONE__

__XXX__  GRANTEE WAS THE FORECLOSING BENEFICIARY:  CONSIDERATION  _$760,000.00_
UNPAID DEBT: _$3,760,000.00_; NON-EXEMPT AMOUNT: $     -0-

____  COMPUTED ON THE CONSIDERATION OR VALUE OF PROPERTY CONVEYED.

____  COMPUTED ON THE CONSIDERATION OR VALUE LESS LIENS OR ENCUMBRANCES
REMAINING AT TIME OF SALE

_____  UNINCORPORATED AREA;

__XXX__  CITY OF:  _LOS ANGELES_

## TRUSTEE'S DEED UPON SALE

CITIVEST FINANCIAL SERVICES, INC., (herein after called trustee), as the duly appointed
Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without
covenant or warranty of any kind, expressed or implied to,

CREDIT SUISSE ALTERNATIVE CAPITAL, INC., a MONTANA Corporation
(herein called Grantee), all of its right, title and interest in and to that certain real property situated in
the City of El Monte, County of Los Angles, State of California, Described as follows:

See EXHIBIT A – LEGAL DESCRIPTION, attached hereto and made a part hereof.

TRUSTEE STATES THAT:

This CONVEYANCE IS MADE PURSUANT TO THE POWERS conferred upon the
Trustee by that certain Deed of Trust dated 10/16/2019 executed by GATEWAY FIVE, LLC,
a California Limited liability company, as Trustor, and recorded October 24, 2019, as
instrument no. 2019-1143192, in Book      , Page      , of Official Records of Los
Angeles County, California and after fulfillment of the conditions specified in said Deed of
Trust authorizing this conveyance.  Default occurred as set forth in a Notice of Default and
Election to Sell which was recorded in the office of the Recorder of Los Angeles County on
May 13, 2020 as instrument number 20200526451.  All requirements of law regarding the
mailing of copies of notices and the posting and publication of copies of the Notice of Sale
which was recorded on 08/11/2020 as instrument no. 20200924951, has been complied with.

1

At the time and place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on **April 6, 2021** to said Grantee, being the highest bidder therefore, for $760,000.00 cash, lawful money of the United States, or by the satisfaction, PRO TANTO, of the obligations then secured by said deed of trust.

In Witness Whereof, said CITIVEST FINANCIAL SERVICES, INC., as Trustee, has this day caused its corporate name to be hereunto affixed as trustee by its President.

DATED: **APRIL 6, 2021**

CTIVEST FINANCIAL SERVICES, INC.
TRUSTEE

BY: _____
EDWARD M. MAZZARINO, PRESIDENT

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

---

STATE OF CALIFORNIA        }
COUNTY OF LOS ANGELES } S.S.

On **April 6, 2021** before me, **ROBIN M. SANDOVAL**, (A Notary Public), personally appeared **EDWARD M. MAZZARINO**, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____



ROBIN M. SANDOVAL
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMMISSION # 2280454
MY COMM. EXPIRES MAR. 11, 2023

## EXHIBIT A

### LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF EL MONTE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 4, OF TRACT NO. 883, IN THE CITY OF EL MONTE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 18 PAGE 39 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM THAT PORTION OF SAID LOT, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEASTERLY CORNER OF SAID LOT 4; THENCE ALONG THE EASTERLY  LINE OF SAID LOT 4, NORTH 000° 13' 10" WEST 150.02 FEET; THENCE SOUTH 89° 31' 20" WEST 253 FEET; THENCE SOUTH 00° 13' 10" EAST TO THE SOUTHERLY LINE OF SAID LOT 4; THENCE SOUTHEASTERLY ALONG SAID SOUTHERLY LINE TO THE POINT OF BEGINNING.

ALSO EXCEPT THEREFROM THE REMAINDER THE EASTERLY 45.00 FEET THEREOF.

PARCEL 2:

THAT PORTION OF LOT 4 OF TRACT NO. 883, IN THE CITY OF EL MONTE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 18 PAGE 39 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEASTERLY CORNER OF SAID LOT; THENCE ALONG THE EAST LINE OF SAID LOT NORTH 0° 13' 10" WEST 150.02 FEET; THENCE SOUTH 89° 31' 20" WEST 193 FEET; THENCE SOUTH 0° 13' 10" EAST TO THE SOUTH LINE OF SAID LOT; THENCE EASTERLY ALONG SAID SOUTH LINE TO THE POINT OF BEGINNING.

EXCEPT THEREFROM THAT PORTION OF SAID LAND CONVEYED TO THE STATE OF CALIFORNIA DESIGNATED AS PARCEL 64967 IN THE FINAL ORDER OF CONDEMNATION ENTERED IN LOS ANGELES SUPERIOR COURT CASE NO. C49865 A CERTIFIED COPY OF WHICH WAS RECORDED ON JULY 9, 1974 AS INSTRUMENT NO. 2611, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 3:

THAT PORTION OF LOT 4, OF TRACE 883, IN THE CITY OF EL MONTE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 18 PAGE 39 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF SAID LOT; THENCE ALONG THE EAST LINE OF SAID LOT, NORTH 00° 13' 10" WEST 150.02 FEET; THENCE SOUTH 89° 31' 20" WEST 193.00 FEET TO THE TRUE POINT OF BEGINNING BEING THE NORTHWEST CORNER OF THE LAND DESCRIBED IN THE DEED RECORDED IN BOOK 22792 PAGE 127, OFFICIAL RECORDS; THENCE CONTINUING SOUTH 89° 31' 20" WEST 60.00 FEET; THENCE SOUTH 00° 13' 10" EAST TO THE SOUTHERLY LINE OF SAID LOT 4; THENCE EASTERLY ALONG THE SOUTHERLY LINE OF SAID LOT TO THE SOUTHWESTERLY CORNER OF THE LAND DESCRIBED  IN SAID DEED; THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID LAND TO THE TRUE POINT OF BEGINNING.

APN: **8578-019-008**

Debtor   Credit Suisse Alternative Capital Inc., a M...   Case number (if known) _____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____    Case number (if known)_____
Credit Suisse Alternative Capital Inc., a Montana corporation
      Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................. ➜ | | $ 25,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 0.00 | + 91b. $ 25,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................. 25,000,000.00    $ 25,000,000.00

**Fill in this information to identify the case:**

Debtor name    Credit Suisse Alternative Capital Inc., a Montana corporation

United States Bankruptcy Court for the:   Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Los Angeles County Tax Collector | Describe debtor's property that is subject to a lien<br>3335 Santa Anita Ave., El Monte, CA<br>See Attachment | $ 221,138.00 | $ 25,000,000.00 |

**Creditor's mailing address**
P. O. Box 54110
Los Angeles, CA 90054-0110

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** Creditor's name<br>Romspen Mortgage Limited Partnership | Describe debtor's property that is subject to a lien<br>3335 Santa Anita Ave., El Monte, CA<br>See Attachment | $18,902,251.98 | $58,000,000.00 |

**Creditor's mailing address**
_____
162 CUMBERLAND ST STE 300, ON M5R

**Creditor's email address, if known**
sharon.weiss@bclplaw.com

**Date debt was incurred** 04/7/2015
**Last 4 digits of account number** 8591

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 19,123,389.98

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bryan Cave Attn: Jason DeJonker, Esq.<br>161 N. Clark Street<br>Suite #4300<br>Chicago, IL, 60601-3430 | Line 2. 2 | _____ |
| Bryan Cave Leighton Paisner LLP Att: Lorna Miller<br>3161 Michelson Drive<br>Suite 1500<br>Irvine, CA, 92612-4414 | Line 2. 2 | _____ |
| FIRST AMERICAN TITLE INSURANCE COMPANY<br>4380 LA JOLLA VILLAGE DRIVE<br>SUITE 110<br>San Diego, CA, 92122 | Line 2. 2 | _____ |
| Romspen Investment Corporation<br>Attention: Wesley Roitman 162 Cumberland Street<br>Suite #300<br>Toronto, ON M5R 3N5 | Line 2. 2 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

## EXHIBIT A LEGAL

### DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF EL MONTE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 4, OF TRACT NO. 883, IN THE CITY OF EL MONTE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 18 PAGE 39 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM THAT PORTION OF SAID LOT, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEASTERLY CORNER OF SAID LOT 4; THENCE ALONG THE EASTERLY   LINE OF SAID LOT 4, NORTH 000 13' 10" WEST 150.02 FEET; THENCE SOUTH 89° 31' 20" WEST 253 FEET; THENCE SOUTH 00° 13' 10" EAST TO THE SOUTHERLY LINE OF SAID LOT 4; THENCE SOUTHEASTERLY ALONG SAID SOUTHERLY LINE TO THE POINT OF BEGINNING.

ALSO EXCEPT THEREFROM THE REMAINDER THE EASTERLY 45.00 FEET THEREOF PARCEL 2

THAT PORTION OF LOT 4 OF TRACT NO. 883, IN THE CITY OF EL MONTE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 18 PAGE 39 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEASTERLY CORNER OF SAID LOT; THENCE ALONG THE EAST LINE OF SAID LOT NORTH 0° 13' 10" WEST 150.02 FEET; THENCE SOUTH 89° 31' 20" WEST 193 FEET; THENCE SOUTH 0° 13' 10" EAST TO THE SOUTH LINE OF SAID LOT; THENCE EASTERLY ALONG SAID SOUTH LINE TO THE POINT OF BEGINNING.

EXCEPT THEREFROM THAT PORTION OF SAID LAND CONVEYED TO THE STATE OF CALIFORNIA DESIGNATED AS PARCEL 64967 IN THE FINAL ORDER OF CONDEMNATION ENTERED IN LOS ANGELES SUPERIOR COURT CASE NO. C49865 A CERTIFIED COPY OF WHICH WAS RECORDED ON JULY 9, 1974 AS INSTRUMENT NO. 2611, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 3:

THAT PORTION OF LOT 4, OF TRACE 883, IN THE CITY OF EL MONTE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 18 PAGE 39 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF SAID LOT; THENCE ALONG THE EAST LINE OF SAID LOT, NORTH 00° 13' 10" WEST 150.02 FEET; THENCE SOUTH 89° 31' 20" WEST 193.00 FEET TO THE TRUE POINT OF BEGINNING BEING THE NORTHWEST CORNER OF THE LAND DESCRIBED IN THE DEED RECORDED IN BOOK 22792 PAGE 127, OFFICIAL RECORDS; THENCE CONTINUING SOUTH 89° 31' 20" WEST 60.00 FEET; THENCE SOUTH 00° 13' 10" EAST TO THE SOUTHERLY LINE OF SAID LOT 4; THENCE EASTERLY ALONG THE SOUTHERLY LINE OF SAID LOT TO THE SOUTHWESTERLY CORNER OF THE LAND DESCRIBED  IN  SAIL) DEED; THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID LAND TO THE TRUE POINT OF BEGINNING.

APN: **8578-019-008**

**Fill in this information to identify the case:**

Debtor: _Credit Suisse Alternative Capital Inc., a Montana corporation_

United States Bankruptcy Court for the: _Central District of California_

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Department of the Treasury, Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA, 19101-7346 | **As of the petition filing date, the claim is:** $ Unknown<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $ _____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Employment Development Department<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento v, CA, 94280-0001 | **As of the petition filing date, the claim is:** $ Unknown<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $ _____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |
| **2.3** | **Priority creditor's name and mailing address**<br>State of California Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA, 94279-0029 | **As of the petition filing date, the claim is:** $ Unknown<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $ _____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |

Debtor _____   Case number *(if known)* _____
     Credit Suisse Alternative Capital Inc., a Montana corporation
     Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.**⁴ **Priority creditor's name and mailing address**

State of California Franchise Tax Board
Section, MS: A-340
P. O. Box 2952
Sacramento, CA, 95812-2952

    $ Unknown      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.** ___ **Priority creditor's name and mailing address**

    $ _____      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.** ___ **Priority creditor's name and mailing address**

    $ _____      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.** ___ **Priority creditor's name and mailing address**

    $ _____      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number *(if known)* |
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Architects Orange AAO
144 N. Orange Street
Orange, CA, 92866

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services for prior owner

**Amount of claim** $ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Camino Real Mortgage Bankers
15301 Ventura Boulevard
Suite 400
Sherman Oaks, CA, 91403

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services performed for prior owner

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Capital Airspace Group
5400 Shanee Road
Suite 304
Alexandria, VA, 22312

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services performed for prior owner

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
City of El Monte
Attn: City Attorney
11333 Valley Blvd.
El Monte, CA, 91731-3293

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Credit Suisse First Boston LLC
1308 E. Colorado Blvd,
Suite 300
Pasadena, CA, 91106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 17,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Daniel M. Shapiro, Attorney at Law
1366 East Palm Street
Altadena, CA, 91001

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Attorney fees for prior owner

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____ Case number _(if known)_____
       Credit Suisse Alternative Capital Inc., a Montana corporation
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

DLA Piper, LLP
P.O. Box 75190
Baltimore, MD, 21275

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Services for prior owner

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.8** Nonpriority creditor's name and mailing address

E4 Utility Design
324 Avenida De La Estrada
Suite B
San Clemente, CA, 92872

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Services performed for prior owner

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.9** Nonpriority creditor's name and mailing address

Fuscoe Engineering, Inc.
600 Wilshire Boulevard
Suite 1470
Los Angeles, CA, 90017

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Services for prior owner

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.10** Nonpriority creditor's name and mailing address

Sam Lamonica
P.O. Box 861894

Los Angeles, CA, 90086-1894

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   10/16/2019

Last 4 digits of account number _____

$ 3,000,000.00

---

**3.11** Nonpriority creditor's name and mailing address

SVA Architects
5 Hutton Circle Drive
Suite 1150
Santa Ana, CA, 92707

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Services for prior owner of property

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number _(if known)_ |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 12   **Nonpriority creditor's name and mailing address**

WDC & Associates
10566 Wilshire Boulevard
Suite 375
Los Angeles, CA, 90024

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Services performed for prior owner

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** ___   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.** ___   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.** ___   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.** ___   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number _(if known)_ _____ |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Citivest Realty & Mortgage Company<br>297 S. Orange Grove Blvd<br>Pasadena, CA, 91105 | Line 3.10<br>☐ Not listed. Explain: | _____ |
| 4.2. | Daniel Harrison, Esq.<br>Harrison Law Group<br>20040 Camino Del Avion Ste E185<br>Dana Point, CA, 92629 | Line 3.1<br>☐ Not listed. Explain | _____ |
| 4.3. | William H. Brownstein<br>11740 Wilshire Boulevard<br>Suite A2301<br>Los Angeles, CA, 90025 | Line ____<br>☑ Not listed. Explain<br>Attorney for Debtor | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor _____Credit Suisse Alternative Capital LLC, a Delaware corporation_____    Case number _(if known)_____
            Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $ 3,017,000.00 |
| 5c. **Total of Parts 1 and 2**<br> Lines 5a + 5b = 5c. | 5c. | $ 3,017,000.00 |

**Fill in this information to identify the case:**

Debtor name ___Credit Suisse Alternative Capital Inc., a Montana corporation___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): _____      Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Still in the process of determining. Will amend if any if any are ascertained. |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|
| Debtor name __Credit Suisse Alternative Capital Inc., a Montana corporation__ |
| United States Bankruptcy Court for the: __Central District of California__ |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Credit Suisse Alternative Capital Inc., a Montana corporation___

United States Bankruptcy Court for the: ___Central District of California___

                                       (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       **12/15**

### Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..................................................     $   25,000,000.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...........................................     $   0.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..............................................     $   25,000,000.00

### Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................   $   19,123,389.98

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................   $   0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*....................   +$   3,017,000.00

4. **Total liabilities** ....................................................................................................................................
    Lines 2 + 3a + 3b                                     $   22,140,389.98

**Fill in this information to identify the case:**

Debtor name ___Credit Suisse Alternative Capital Inc., a Montana corporation___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): _____

Still in the process of determining. Will amend if any if any are ascertained.

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---------|--------|

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to _____<br>MM / DD / YYYY    Filing date | ☐ Operating a business<br>☐ Other | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to _____<br>MM / DD / YYYY    Filing date | _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number (if known) |
|---|---|---|
| | Name | |

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name | _____ | $_____ | ☐ Secured debt |
| | | _____ | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | _____ | | ☐ Services |
| | | _____ | | ☐ Other _____ |
| 3.2. | _____ Creditor's name | _____ | $_____ | ☐ Secured debt |
| | | _____ | | ☐ Unsecured loan repayments |
| | | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ Insider's name | _____ | $_____ | |
| | | _____ | | |
| | | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | _____ Insider's name | _____ | $_____ | |
| | | _____ | | |
| | | _____ | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number (*if known*) |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | _____ | $_____ |
| | Creditor's name | | | |
| 5.2. | | | _____ | $_____ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | _____ | $_____ |
| | Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

---

### Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | | ☐ On appeal |
| | | | | ☐ Concluded |
| | Case number | | | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | | ☐ On appeal |
| | | | | ☐ Concluded |
| | Case number | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:     Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:     Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number (if known)_____ |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number (if known)_____ |
|---|---|---|
| | Name | |

---

**Part 8:     Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:     Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

---

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |

---

| Debtor | Credit Suisse Alternative Capital Inc., a Montana corporation | Case number *(if known)* |
|--------|------|------|
| | Name | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | _____<br>Name | From _____<br><br>To _____ |
| 26a.2. | _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | _____<br>Name | From _____<br><br>To _____ |
| 26b.2. | _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Edward M. Mazzarino<br>Name<br>297 S. Orange Grove Blvd. #103, Pasadena, CA 91105 | |

---

Debtor    Credit Suisse Alternative Capital Inc., a Montana corporation
_____
Name

Case number (*if known*)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor  Credit Suisse Alternative Capital Inc., a Montana corporation
        _____
        Name

Case number (if known)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
       Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Citivest Financial Services, Inc., Edward Mazzarino President | 297 S. Orange Grove Blvd. #103, Pasadena, CA 91105 | Shareholder | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    Credit Suisse Alternative Capital Inc., a Montana corporation                        Case number (*if known*)_____
_____
Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | _____ | _____ |
| | Name | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| | _____ | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/06/2021
            MM  / DD  / YYYY

✖ _____        Printed name   William H. Brownstein & Associates, P.C.
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   William H. Brownstein & Associates, P.C.

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

---

Fill in this information to identify the case and this filing:

Debtor Name  Credit Suisse Alternative Capital Inc., a Montana corporation

United States Bankruptcy Court for the: Central District of California

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/06/2021            ✗  *E. M. Mazzarino*
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                        Edward M. ~~Mazzariso~~  Mazzarino
                                        Printed name

                                        President
                                        Position or relationship to debtor

**United States Bankruptcy Court**

**IN RE:**                                                      Case No._____

Credit Suisse Alternative Capital Inc., a Montana corporation
_____   Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Citivest Financial Services, Inc., Edward Mazzarino President<br>297 S. Orange Grove Blvd. #103, Pasadena, CA 91105 | 100 | Common stockholder |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### Central District of California

**In re**  Credit Suisse Alternative Capital Inc., a Montana corporation

Case No. _____

**Debtor**

Chapter <u>11</u> _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $<u>15,000.00</u>

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $<u>550.00</u>

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.
As of the date of the filing of this case only have received $2,000 to cover filing fees.

2.  The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify)  Edward Mazzarino

3.  The source of compensation to be paid to me is:

    ☐ Debtor        ☑ Other (specify)  $550 an hour as services are performed plus costs advanced

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who
    are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
    of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
        whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
        required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
        adjourned hearings thereof;



d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/06/2021
_____
*Date*

/s/ William H. Brownstein
_____
*Signature of Attorney*

William H. Brownstein & Associates, P.C.
_____
*Name of law firm*
11740 Wilshire Boulevard
Suite A2301
Los Angeles, CA 90025
3104580048
brownsteinlaw.bill@gmail.com

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None . However the case of Gateway Five, LLC, Case No. 1:20-bk-11581MB involves the same property as in this case.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Playa Del Rey_____, California

Date: ___4/5/2021_____

*C. M. Mazzarino*
Signature of Debtor 1  Edward  M. Mazzarino, President

_____
Signature of Debtor 2

Architects Orange AAO
144 N. Orange Street
Orange, CA 92866


Bryan Cave Attn: Jason DeJonker, Esq.
161 N. Clark Street
Suite #4300
Chicago, IL 60601-3430


Bryan Cave Leighton Paisner LLP Att: Lorna Mi
3161 Michelson Drive
Suite 1500
Irvine, CA 92612-4414


Camino Real Mortgage Bankers
15301 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403


Capital Airspace Group
5400 Shanee Road
Suite 304
Alexandria, VA 22312


Citivest Financial Services, Inc., Edward Maz
297 S. Orange Grove Blvd.
Pasadena
CA 91105


Citivest Realty & Mortgage Company
297 S. Orange Grove Blvd
Pasadena, CA 91105


City of El Monte
Attn: City Attorney
11333 Valley Blvd.
El Monte, CA 91731-3293

Credit Suisse First Boston LLC
1308 E. Colorado Blvd,
Suite 300
Pasadena, CA 91106


Daniel Harrison, Esq.
Harrison Law Group
20040 Camino Del Avion Ste E185
Dana Point, CA 92629


Daniel M. Shapiro, Attorney at Law
1366 East Palm Street
Altadena, CA 91001


Department of the Treasury, Internal Revenue
P.O. Box 7346
Philadelphia, PA 19101-7346


DLA Piper, LLP
P.O. Box 75190
Baltimore, MD 21275


E4 Utility Design
324 Avenida De La Estrada
Suite B
San Clemente, CA 92872


Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento v, CA 94280-0001


FIRST AMERICAN TITLE INSURANCE COMPANY
4380 LA JOLLA VILLAGE DRIVE
SUITE 110
San Diego, CA 92122

Fuscoe Engineering, Inc.
600 Wilshire Boulevard
Suite 1470
Los Angeles, CA 90017


Los Angeles County Tax Collector
P. O. Box 54110
Los Angeles, CA 90054-0110


Romspen lnvestment Corporation
Attention: Wesley Roitman 162 Cumberland
Suite #300
Toronto, ON M5R 3N5,


Romspen Mortgage Limited Partnership
162 CUMBERLAND ST STE 300
162 CUMBERLAND ST STE 300
ON M5R3N5,


Sam Lamonica
P.O. Box 861894
Los Angeles, CA 90086-1894


State of California Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


State of California Franchise Tax Board
Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952


SVA Architects
5 Hutton Circle Drive
Suite 1150
Santa Ana, CA 92707

WDC & Associates
10566 Wilshire Boulevard
Suite 375
Los Angeles, CA 90024


William H. Brownstein
11740 Wilshire Boulevard
Suite A2301
Los Angeles, CA 90025


William H. Brownstein
39 Rumson Road
Rumson, NJ 07760

United States Bankruptcy Court

Central District of California

In re: Credit Suisse Alternative Capital Inc., a
Montana corporation

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____04/06/2021_____

_____*C. M. Mazzarino*_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor